```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12649
   LAWRENCE J ROSENTHAL
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-5261


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/16/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00           .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE   NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   SECURED         NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED            .00             .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED            .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED            .00             .00
RAYMOND STAUBER JR         SECURED         NOT FILED            .00             .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED            .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00           .00          .00            .00
PRINCIPAL PAID          .00           .00           .00          .00            .00
INTEREST PAID           .00           .00           .00          .00            .00
TOTAL PAID              .00           .00           .00          .00            .00
The Debtor's attorney, RICHARD E SEXNER                , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/14/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE